

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00194-CV

Jose **PEREZ**, Jr.,
Appellant

v.

Salud **CAZARES**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 3287CCL
Robert Cadena, Judge Presiding

# O R D E R

The reporter's record was due March 14, 2016, but was not filed. On April 13, 2016, the court reporter responsible for preparing the reporter's record filed a notification of late record stating the reporter's record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. The reporter also notes that appellant has not requested the record.

We **order** appellant, Jose Perez Jr., to provide written proof to this court on or before **May 2, 2016** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due thirty days after the clerk's record is filed and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court